IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER MCDONALD**  **PLAINTIFF**
**#61544**

V.  No. 4:22-cv-01181-JM-ERE

**HIGGINS,** *et al.*  **DEFENDANTS**

## ORDER

On December 12, 2022, mail sent to Plaintiff Christopher McDonald from the Court was returned as undeliverable. *Doc. 3*.

Mr. McDonald has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. McDonald regarding this lawsuit.

If Mr. McDonald wants to pursue this case, he must notify the Court of his current address within 30 days. Failure to comply with this Order is likely to result in the dismissal of Mr. McDonald's complaint.

IT IS SO ORDERED this 13th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE